# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**FEDERAL TRADE COMMISSION**
600 Pennsylvania Ave., N.W.
Washington, D.C. 20580,

               Petitioner,

v.

**THE CIGNA GROUP**
900 Cottage Grove Rd.
Bloomfield, CT 06002,

               Respondent.

Case No. 25-mc-00004 (JDB)

## [Proposed] Order to Show Cause

Pursuant to Section 20 of the Federal Trade Commission Act, 15 U.S.C. § 57b-1, and Federal Rule of Civil Procedure 81(a)(5), Petitioner Federal Trade Commission ("FTC") has petitioned this Court for an order requiring Respondent The Cigna Group ("Cigna") to comply with a civil investigative demand ("CID"), issued to Respondent on December 8, 2023 by the FTC in the course of a law enforcement investigation (FTC File No. 2410005). The Court has considered the FTC's Petition to Enforce Civil Investigative Demand ("Petition"), and the papers filed in support thereof, and it appears to this Court that the FTC has shown good cause for entry of this Order.

Accordingly, it is ORDERED that Respondent shall show cause why this Court should not grant the FTC's Petition and enter an order enforcing the civil investigative demand issued to Cigna and directing it to produce, within thirty (30) days of the date of the order, all documents, data, and narratives responsive to the civil investigative demand, as narrowed by Cigna's August

2024 agreement with FTC Staff, as well as deliver to the FTC a sworn certification in accordance with 15 U.S.C. § 57b-1(c)(11), (13), attesting that the production and responses are complete.

It is further ORDERED that Cigna shall file any pleadings, affidavits, exhibits, motions or other papers in opposition to the Petition within fourteen (14) days after entry of this Order, by February 11, 2025; and the FTC shall file any reply in further support of the Petition within seven (7) days after the filing of any opposition, by February 18, 2025. To preserve the summary nature of these proceedings, the matter shall be submitted on the papers and without a hearing unless otherwise ordered by the Court.

It is further ORDERED, pursuant to Federal Rules of Civil Procedure 26(a)(1)(B)(v) and 81(a)(5), that this is a summary proceeding and that no party shall be entitled to discovery without further order of the Court upon a specific showing of need.

It is further ORDERED that, pursuant to Federal Rule of Civil Procedure 81(a)(5) and its 1946 Advisory Committee note, a copy of this Order and of the Petition and its supporting papers be served by the FTC on Cigna or its counsel using as expeditious means as practicable.

SO ORDERED this January 28, 2025.

/s/ John D. Bates
United States District Judge